610

In the Matter of ABRAHAM J. ISSERMAN.

For the petitioner: *Mr. John O. Bigelow* and *Mr. Milton M. Unger.*

For the Essex County Ethics Committee: *Mr. Frederick C. Waldron.*

September 14, 1961. Petitioner restored to the practice of law. Opinion reported at 35 *N. J.* 198.

In the Matter of JAMES E. CLARKIN, an attorney at law.

For the order: *Mr. William E. McGlynn.*

For the respondent: *Mr. James E. Clarkin, pro se.*

June 30, 1961. Name of respondent stricken from roll of attorneys at law. Opinion reported at 35 *N. J.* 197.

In the Matter of LOUIS SCHAFFER, an attorney at law.

September 26, 1961. Resignation accepted with prejudice and name of respondent stricken from roll of attorneys at law.